**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | Chapter 13 |
| Michelle Beckhorn; aka Michelle Gunshannon; aka Michelle M Beckhorn; aka Michelle Marie Beckhorn<br>            Debtor | Case No. 5:21-bk-00849-MJC |

### SUPPLEMENTAL DISCLOSURE PURSUANT TO 2016(b)

The claim that was disclosed on the amendment to Schedule A/B (Doc. 17) at ¶33 has settled for $3,500.00.[1] Debtor retained $1,000.00 of this settlement, which represents the maximum amount of statutory damages she could possibly receive pursuant to the Federal Debt Collections Practices Act. (See 15 U.S.C. §1692k(a)(2)(A).) The balance of the settlement was retained by Sabatini Freeman, LLC as payment of attorney's fees. This compensation was not in connection with the instant bankruptcy case, but as Michelle Beckhorn's attorney in the civil action is also her bankruptcy attorney, this disclosure is being filed here out of an abundance of caution to ensure compliance with bankruptcy rule 2016(b).

Date:  August 23, 2021

/s/ Carlo Sabatini
Carlo Sabatini, Attorney for Debtor
Sabatini Freeman, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com Bar
Number PA 83831

---

[1] The claim vested in Debtor upon confirmation pursuant to the terms of the plan. (*See* Doc. 9, § 9.A.(1)). "Vesting of property on confirmation gives the debtor 'absolute ownership and control of the property' and 'the ability to liquidate the property without the approval of the Court.'" *In re Wei- Fung Chang*, 438 B.R. 77, 80 and 85 (Bankr. M.D. Pa. 2010)(France, J); *see also, In re Schatz*, 452 B.R. 544, 553 (Bankr. M.D. Pa. 2011)(Opel, J.).